IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:
    LAUREEN M. HENDERSON

        Debtor,

v.

DONALD F. KING,
TRUSTEE,                    Case No. 1:12-cv-149
    Plaintiff,

v.

GREGORY ALLEN HENDERSON,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 2] of the Bankruptcy Judge recommending that default judgment be entered against defendant Gregory Allen Henderson and in favor of plaintiff Donald F. King, Trustee, and that money judgment in the amount of $45, 379.23 be entered for the plaintiff. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Bankruptcy Judge. Accordingly, it is hereby

ORDERED that the plaintiff's motion for default judgment [Doc. No. 2] be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant Gregory Allen Henderson in favor of plaintiff Donald F. King, Trustee; and it is further

ORDERED that a money judgment in the amount of $45,379.23 be, and the same hereby is, ENTERED for the plaintiff.

The Clerk is directed to ender judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to defendant Gregory Allen Henderson, *pro se* at:

>   12403 Weldon Manor Lane
>   Upper Marlboro, MD 20772

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 9, 2012